USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/3/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE REDEMPTION OF CRAIG EUGENE AND KATHLEEN FRANCES

24-MC-00434 (MMG)

**ORDER OF DISMISSAL**

MARGARET M. GARNETT, United States District Judge:

      Plaintiff, who is appearing *pro se*, initiated this matter as a miscellaneous case. "The District Clerks' Manual, published by the Administrative Office of the United States Courts, sets forth the nationwide guidelines for prescribed uses of the miscellaneous docket." *In re Varholy*, No. 3:23-mc-00004 (MED), 2023 WL 4236044, at *1 (D. Conn. June 28, 2023); *see also* District Clerks' Manual § 4.03(a)(1)(ii)–(xvi).  Initiating an action as a miscellaneous case may be appropriate in matters involving:

      foreign subpoenas, registration of judgment from another district, motion to quash deposition subpoena, motion for protective order, administrative deposition subpoena, application to perpetuate testimony, receiverships, letters rogatory from other districts, warrant for arrest of juror, pen registers, wire interceptions, video interceptions, grand jury matters, internal revenue service third party record keeper actions, and proceedings against sureties.

*In re Varholy*, 2023 WL 4236044, at *1 (citing District Clerks' Manual § 4.03(a)(1)(ii)–(xvi).

      This case was not properly opened as a miscellaneous case.  The Court therefore dismisses this action without prejudice to Plaintiff commencing a new civil action, if desired.  The Court notes, however, that Rule 11 of the Federal Rules of Civil Procedure provides that all parties, including litigants proceeding *pro se*, certify by presenting any paper to the Court that they have made a reasonable inquiry that the legal contentions are warranted and the pleading is not presented for harassment or an improper purpose.

      The Clerk of Court is directed to TERMINATE Dkt. No. 1 and to CLOSE this action.

Dated: October 3, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge